IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA KREINBRINK**, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3482 |
| | ) | |
| | ) | **JURY DEMAND** |
| vs. | ) | |
| | ) | Judge Virginia Kendall |
| **TASC, INC.**, an Illinois non-for-profit | ) | |
| Corporation, and **JANELLE PRUTTER** | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' JOINT STATUS REPORT**

1. **Attorneys of Record:**

   for the plaintiffs:                            for the defendants:
   Shelly B. Kulwin                              Ross Molho
   Jeffrey R. Kulwin                             CLINGEN CALLOW
   KULWIN, MASCIOPINTO                           & McLEAN, LLC
   & KULWIN, L.L.P.                              2100 Manchester Road, Suite 1750
   161 N. Clark Street, Suite 2500               Wheaton, IL 60187
   Chicago, IL 60601                             (630) 871-2600
   (312) 641-0300

2. **Basis for Federal Jurisdiction:** Jurisdiction in this matter is based upon 28 U.S.C. § 1331 and 1343 (a)(4). Jurisdiction is not disputed.

3. **Nature of the Claims:** Plaintiff Lisa Kreinbrink (Kreinbrink) was employed by Defendant TASC, Inc. (TASC) and alleges that she was ultimately directly supervised by Defendant Janelle Pruetter (Pruetter). Kreinbrink alleges that she was subjected to unwelcome sexual harassment at work and then suffered retaliation after she filed a charge of discrimination with the EEOC.

4. **Service:** All parties have been served and have appeared.

5. **Principal Legal Issues:**

    (1) Whether Plaintiff was sexually harassed at work.

    (2) Whether Plaintiff was constructively discharged.

    (3) Whether Defendant TASC took reasonable measures to prevent the alleged sexual harassment.

    (4) Whether Defendants retaliated against Plaintiff for filing her EEOC charges of discrimination.

6. **Principal Factual Issues:**

    (1) Whether Plaintiff suffered materially adverse employment actions after she filed her EEOC charge.

    (2) Whether Defendant TASC took reasonable measures to prevent the alleged sexual harassment.

    (3) Whether Plaintiff was constructively discharged.

    (4) Whether Plaintiff was damaged as a direct and proximate result of Defendants' conduct.

    (5) Whether Plaintiff was supervised by Janelle Pruetter.

7. **Jury Trial:** A jury trial has been requested.

8. **Discovery Status:** The parties anticipate written discovery to supplement the EEOC's investigation of Plaintiff's claims and approximately 10-12 depositions. Plaintiff anticipates the potential use of psychological and economic experts to opine on damage related issues. Defendants anticipate using vocational/economic experts.

9. **Trial:** The parties believe this case should be ready for trial on **October 1, 2009** and should take approximately **5-7** days.

10. **Magistrate Judge:** The parties do not consent unanimously to proceed before a Magistrate Judge.

11. **Settlement:** The parties have discussed, without success, a possible settlement in this matter. The parties agree to exchange settlement demands after the exchange of written discovery.

Dated: August 11, 2008

/s/ Jeffrey R. Kulwin  
One of the attorneys for plaintiffs

Jeffrey R. Kulwin  
KULWIN, MASCIOPINTO  
& KULWIN, L.L.P.  
161 N. Clark Street, Suite 2500  
Chicago, IL 60601  
(312) 641-0300

/s/ Ross Molho  
One of the attorneys for defendants

Ross Molho  
CLINGEN CALLOW & McLEAN LLC  
2100 Manchester Road, Suite 1750  
Wheaton, IL 60187  
(630) 871-2600