IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LISA KREINBRINK**, | ) | |
| | ) | No. 08-3482 |
| Plaintiff, | ) | |
| | ) | Judge Virginia Kendall |
| vs. | ) | |
| | ) | |
| **TASC, INC.**, an Illinois non-for-profit | ) | **JURY DEMAND** |
| Corporation, and **JANELLE PRUTTER** | ) | |
| | ) | |
| Defendants. | ) | |

To:   Ross Molho
      CLINGEN CALLOW & McLEAN, LLC
      2100 Manchester Road, Suite 1750
      Wheaton, IL 60187

    PLEASE TAKE NOTICE that on **August 12, 2008** there was filed with the Clerk of Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, ***Parties' Joint Status Report***, copies of which are attached hereto and served upon you.

## CERTIFICATE OF SERVICE

    I, Jeffrey R. Kulwin, an attorney, on oath state that I served copies of the aforementioned documents, along with this Proof of Service to the attorney(s) listed above via electronic filing on this August 12, 2008.

                                                /s/ Jeffrey R. Kulwin

Shelly B. Kulwin
Anthony J. Masciopinto
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312\641-0300