**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Lisa Kreinbrink
                      Plaintiff,

v.                                                    Case No.: 1:08−cv−03482
                                                    Honorable Virginia M. Kendall

Tasc Inc, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 1/26/2009 at 09:00 AM. All fact discovery shall be completed by 1/22/2009. All expert discovery shall be completed by 3/31/2009. Dispositive motions with supporting memoranda due by 4/27/2009. Response is to be filed by 5/25/2009. Reply is due by 6/15/2009. Court will rule by mail. Jury Trial set for 10/26/2009 at 09:15 AM. Defendant advises the court that they will be filing a motion to dismiss today. Response is to be filed by 9/8/2008. Reply is due 9/15/2008. Court will rule by mail.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.