UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA KREINBRINK , | ) | Case No. 08 CV 3482 |
| | ) | |
| Plaintiff, | ) | Judge Kendall |
| | ) | |
| TASC, INC. an Illinois not-for-profit | ) | Magistrate Judge Nolan |
| Corporation, and Janelle Prueter | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Shelly B. Kulwin
      Jeffrey R. Kulwin
      KULWIN, MASCIOPINTO & KULWIN, LLP
      161 N. Clark, Suite 2500
      Chicago, Illinois  60601

PLEASE TAKE NOTICE that we have this 18th day of August, 2008 submitted electronically the following documents to the Clerk of the United States District Court, Northern District of Illinois, Eastern Divisions for filing: **Notice of Filing, Defendant's Answer With Affirmative Defenses, Defendant's Motion to Dismiss, Defendant's Memorandum of Law in Support of Her Motion to Dismiss,** true and correct copies of which are attached and hereby served upon you.

Respectfully submitted,

CLINGEN CALLOW & MCLEAN, LLC

By:   /s/ Ross I. Molho

Ross I. Molho
Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187
(630) 871-2600
ARDC No.: 6231149

August 18, 2008

## PROOF OF SERVICE

In accordance with LR 5.9 and with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed, R.Civ.P. 5(b)(2)(D) as to all Filing Users, which Shelly B. Kulwin and Jeffrey R. Kulwin are so identified on August 18, 2008.

By:     /s/ Ross I. Molho