IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lisa Kreinbrink, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2008cv3482 |
| | ) | |
| TASC, Inc., an Illinois non-for-profit Corporation, and Janelle Prutter, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Shelly B. Kulwin
       Jeffrey R. Kulwin
       Kulwin, Masciopinto & Kulwin, LLP
       161 N. Clark, Suite 2500
       Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **September 4, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall in the courtroom usually occupied by her in room 2319 of the Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present *Tasc, Inc.'s Motion to Amend its Answer and Affirmative Defenses to Complaint Instanter*, true and correct copies of which are attached and hereby served upon you.

Respectfully submitted,

CLINGEN CALLOW & MCLEAN, LLC

By:    /s/Ross I. Molho

Ross I. Molho ARDC# 6231149
Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187
(630)871-2600

## PROOF OF SERVICE

In accordance with LR 5.9 and with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed, R.Civ.P. 5(b)(2)(D) as to all Filing Users, which the above are so identified on August 26, 2008.

By:    /s/Ross I. Molho

{00031280.DOC /v. 1}