IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Lisa Kreinbrink, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2008cv3482 |
| | ) | |
| TASC, Inc., an Illinois non-for-profit | ) | |
| Corporation, and Janelle Prutter, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Shelly B. Kulwin
Jeffrey R. Kulwin
Kulwin, Masciopinto & Kulwin, LLP
161 N. Clark, Suite 2500
Chicago, Illinois 60601

PLEASE TAKE NOTICE that we have this 2nd day of September, 2008 filed the following document with the Clerk of the Northern District of Illinois: **Tasc, Inc.'s Amended Answer and Affirmative Defenses to Complaint**, a true and correct copy of which is attached and hereby served upon you.

Respectfully submitted,

CLINGEN CALLOW & MCLEAN, LLC

By:    /s/Ross I. Molho

Ross I. Molho ARDC# 6231149
Clingen Callow & McLean, LLC
2100 Manchester Road, Suite 1750
Wheaton, Illinois 60187
(630)871-2600

{00031548.DOC /v. 1}

## PROOF OF SERVICE

  In accordance with LR 5.9 and with the General Order on Electronic Case Filing and subject to the provisions of Fed. R. Civ. P. 5(b)(3), the Notice of Electronic Filing that is issued through the court's Electronic Case Filing System will constitute service under Fed, R.Civ.P. 5(b)(2)(D) as to all Filing Users, which the above are so identified on September 2, 2008.

           By:  /s/Ross I. Molho