# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LISA KREINBRINK**, ) | |
| ) | No. 08-3482 |
| Plaintiff, ) | |
| ) | Judge Virginia Kendall |
| vs. ) | |
| ) | |
| **TASC, INC.**, an Illinois non-for-profit ) | **JURY DEMAND** |
| Corporation, and **JANELLE PRUTTER** ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Ross I. Molho
      Clingen Callow & McLean, LLC
      2100 Manchester Road, Suite 1750
      Wheaton, IL  60187

PLEASE TAKE NOTICE that on **September 10, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Kendall or any Judge sitting in that Judge's stead, at 219 S. Dearborn, Chicago, Illinois, in court room 2319 or such other courtroom as may be assigned, and there present *Plaintiff's Unopposed Motion For Extension of Time.*

## CERTIFICATE OF SERVICE

I, Jeffrey R. Kulwin, hereby certify that service of this notice and the aforementioned Motion has been served upon the above-referenced attorney(s) via Electronic Case Filing on this September 5, 2008 before 5:00 p.m.

By:   /s/ Jeffrey R. Kulwin

Shelly B. Kulwin
Anthony J. Masciopinto
Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312\641-0300